E-SERVED
05/25/04
03:17 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In RE: BAYCOL PRODUCTS LITIGATION** — **MDL No. 1431 (MJD/JGL)**

**This Document relates to Dolores Canter, Plaintiff,**
**v. Bayer Corporation,**
**Middle District of Florida, Case No. 8:01-CV-1543-T.** — **Ref: 01-2386 MJD**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(I), Dolores Canter hereby voluntarily dismisses the above styled action.

Respectfully submitted,

JOHN A. YANCHUNIS
Florida Bar No.: 324681
MIKE PEACOCK
Florida Bar No.:303682
JAMES, HOYER NEWCOMER,
& SMILJANICH, P.A.
One Urban Centre, Suite 550
4830 West Kennedy Boulevard
Tampa, Florida 33609
(813) 286-4100
Attorneys for Plaintiff Dolores Canter

E-SERVED
05/25/04
03:17 PM ET
Baycol MDL 1431

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25 day of May, 2004 a copy of the foregoing was sent via U.S. Mail to all counsel on the attached service list.

JOHN A. YANCHUNIS

E-SERVED
05/25/04
03:17 PM ET
Baycol MDL 1431

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST September 11, 2

DOCKET: 1,431 - In re Baycol Products Liability Litigation Page: 1
STATUS: Pending

TRANSFEREE INFORMATION
Dist:
Judge:

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Bayer Corp.<br>100 Bayer Road<br>Pittsburgh, PA 15205 | => Bayer, Inc. |
| Bayer Pharmaceutical Div.<br>C/O Registered Agent<br>CT Corporation System<br>One Commercial Plaza<br>Hartford, CT 06103<br>-- ADDRESS IS UNDELIVERABLE -- | => Bayer Pharmaceutical Division |
| Bayer, AG<br>D-51368 Leverkusen<br>Federal Republic of Germany | => Bayer, A.G. |
| Beck, Philip S.<br>Bartlit, Beck, Herman, Palenchar & Scott<br>54 West Hubbard Street<br>Chicago, IL 60610 | => Bayer Corp.* |
| Federman, William B.<br>Dreier, Baritz & Federman<br>2720 First National Center<br>120 North Robinson<br>Oklahoma City, OK 73102 | => Sparks, Steven L.* |
| Fox, Frederick S.<br>Kaplan, Fox & Kilsheimer, L.L.P.<br>805 Third Avenue<br>22nd Floor<br>New York, NY 10022 | => Sternberg, Evelyn* |
| Magaziner, Fred T.<br>Dechert Price & Rhoads<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103 | => Glaxo SmithKline, PLC* |
| Manchur, Edward L.<br>Gilman & Pastor, L.L.P.<br>Stonehill Corporate Center<br>999 Broadway<br>Suite 500<br>Saugus, MA 01906 | => Smiths, Otis* |
| Manogue, David J.<br>Specter Specter Evans & Manogue, P.C.<br>Koppers Building<br>26th Floor<br>Pittsburgh, PA 15219 | => Seiffer, Arnold |
| Moll, Kenneth B.<br>Kenneth B. Moll & Associates, Ltd. | => Cohen, Ronald*; Freden, Marjorie*; Gupta, Prem*; Julian, Larry*; Luke, William*; Matzner, Brenda*; Pervaiz, Khalid*; Zuckerman, Adrian* |

NOTE: Please refer to the title page for complete report scope and key.
* Signifies that an appearance was made on behalf of the party by the representing attorney.
\# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.

E-SERVED
05/25/04
03:17 PM ET
Baycol MDL 1431



| ATTORNEY - FIRM | REPRESENTED PARTY(s) |
|---|---|
| Three First National Plaza<br>54th Floor<br>Chicago, IL 60602 | |
| Nagel, Bruce H.<br>Nagel, Rice, Dreifuss & Mazie<br>301 South Livingston Avenue<br>Suite 201<br>Livingston, NJ 07039 | => Galasso, Salvatore |
| Schiffrin, Richard S.<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA 19004 | => Rosenthal, Diane* |

NOTE: Please refer to the title page for complete report scope and key.
* Signifies that an appearance was made on behalf of the party by the representing attorney.
\# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.