E-SERVED
07/23/04
12:38 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | |
| *Delores Canter v. Bayer Corp.* | Case No. 01-2386 |

**BAYER CORPORATION'S OPPOSITION**
**TO PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff filed a "Notice of Voluntary Dismissal" in this action on May 25, 2004. Pursuant to Fed. R. Civ. P. 41(a)(1) an action may be dismissed by the filing of a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment, which first occurs. . . ." Plaintiff's notice of dismissal is ineffective, therefore, because defendant Bayer Corporation filed an answer in this case on October 3, 2001. See Answer, Ex. A. Defendant, however, would be willing to stipulate to a dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: July 23, 2004

Respectfully submitted,

_________/signature on file/_________

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

E-SERVED
07/23/04
12:38 PM ET
Baycol MDL 1431

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Gene Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (#101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation*